

**RICHARDS LAYTON & FINGER**

Attorneys at Law

C. Malcolm Cochran, IV
Director
302-651-7506
Cochran@rlf.com

June 15, 2017

**VIA CM/ECF & HAND DELIVERY**
The Honorable Judge Richard G. Andrews
U.S. District Court for the District of Delaware
844 North King Street, Room 4209, Unit 18
Wilmington, DE  19801

      Re:    *Saundra M. Floyd, et al. v. Jack Markell, et al.*
             C.A. No. 17-431-RGA

Dear Judge Andrews:

      Following up on the matters discussed during the scheduling conference of June 1, 2017, this is to report that counsel (for all parties) have considered the Court's disclosures, and have conferred following consultation with their respective clients.

      I am authorized to advise that the parties have no objection to Your Honor's continued service as the United States District Judge assigned to this matter.

                                              Respectfully,

                                              C. Malcolm Cochran, IV (#2377)

CMC/jam

cc:    Counsel of Record (via CM/ECF)