## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAUNDRA M. FLOYD; CANDYSS C.<br>WHITE; STEVEN R. FLOYD, JR;<br>CHYVANTE E. FLOYD; RACHEL ANN<br>POWELL as Personal Representative of the<br>Estate of LIEUTENANT STEVEN R.<br>FLOYD, SR.; CORRECTIONAL<br>OFFICER WINSLOW H. SMITH;<br>CORRECTIONAL OFFICER JOSHUA<br>WILKINSON; CORPORAL JUSTIN<br>TUXWARD; CORPORAL MATTHEW<br>MCCALL; AND CORPORAL OWEN<br>HAMMOND,<br><br>          Plaintiffs,<br><br>        v.<br><br>JACK MARKELL, individually; RUTH<br>ANN MINNER, individually; STANLEY<br>W. TAYLOR, JR., individually; THE<br>HONORABLE CARL C. DANBURG,<br>individually; ROBERT COUPE,<br>individually; ANN VISALLI, individually;<br>BRIAN MAXWELL, individually; PERRY<br>PHELPS, in his official capacity;<br>MICHAEL S. JACKSON, in his official<br>capacity; and DEPARTMENT OF<br>CORRECTION, STATE OF DELAWARE,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 17-431-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER REGARDING BRIEFING ON
## DEFENDANTS' MOTIONS TO DISMISS

WHEREAS, on April 18, 2017, Plaintiffs filed a Complaint (D.I. 1) against ten (10) defendants, totaling 52 pages and 426 paragraphs, and covering two (2) gubernatorial administrations;

WHEREAS, Richards, Layton & Finger, P.A. represents five defendants, including former Governors Jack Markell and Ruth Ann Minner, two former budget directors and Michael S. Jackson, the current Budget Director (collectively, the "Governor and Budget Director Defendants");

WHEREAS, Saul Ewing LLP separately represents four former commissioners of the Department of Correction (from two administrations) and the Department of Correction (collectively, the "DOC Defendants");

WHEREAS, the Governor and Budget Director Defendants, and the DOC Defendants, intend to file motions to dismiss the Complaint on several different grounds; and

WHEREAS, in order to more efficiently present the facts and arguments to the Court and conserve the parties' and the Court's resources, the parties seek to consolidate the briefing on the motions among the various groups of defendants;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, the Governor and Budget Director Defendants, and the DOC Defendants, through their undersigned counsel and subject to the approval of the Court, as follows:

1. The Governor and Budget Director Defendants will file one consolidated opening brief of no longer than 40 pages, on or before June 30, 2017.

2. The DOC Defendants will file one consolidated opening brief of no longer than 30 pages, on or before June 30, 2017.

3. The Plaintiffs will file one consolidated answering brief of no more than 70 pages, 60 days after Defendants' motions are filed (*see* D.I. 3).

4. The Governor and Budget Director Defendants, and the DOC Defendants, may file a total of two (2) reply briefs (one for each group), totaling no more than 20 pages for the Governor and Budget Director Defendants and 15 pages for the DOC Defendants, 30 days following the filing of Plaintiffs' Answering Brief (*see* D.I. 3).

THE NEUBERGER FIRM, P.A.

　*/s/ Stephen J. Neuberger*
Stephen J. Neuberger (#4440)
17 Harlech Drive, P.O. Box 4481
Wilmington, DE 19807
(302) 655-0582
SJN@NeubergerLaw.com

*Counsel for Plaintiffs*

Dated:  June 19, 2017

RICHARDS, LAYTON & FINGER, P.A.

　*/s/ C. Malcolm Cochran, IV*
C. Malcolm Cochran, IV (#2377)
Chad M. Shandler (#3796)
Katharine L. Mowery (#5629)
Selena E. Molina (#5936)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cochran@rlf.com
shandler@rlf.com
mowery@rlf.com
molina@rlf.com

*Counsel for Defendants Jack Markell, Ruth Ann Minner, Ann Visalli, Brian Maxwell, and Michael S. Jackson*

SAUL EWING LLP

　*/s/ Scott W. Perkins*
Scott W. Perkins (#5049)
James D. Taylor, Jr. (#4009)
Allison J. McCowan (#5931)
1201 North Market Street
Suite 2300
Wilmington, DE 19801
(302) 421-6800
sperkins@saul.com
jtaylor@saul.com
amccowan@saul.com

3

*Counsel for Defendants Stanley W. Taylor, Jr., The Honorable Carl C. Danberg[1], Robert Coupe, Perry Phelps, and Department of Correction, State of Delaware*

SO ORDERED this ___ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Honorable Carl C. Danberg's name is misspelled in the caption of the Complaint, and in certain places throughout the pleading.

4