IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAUNDRA M. FLOYD; CANDYSS C. WHITE; STEVEN R. FLOYD, JR; CHYVANTE E. FLOYD; RACHEL ANN POWELL as Personal Representative of the Estate of LIEUTENANT STEVEN R. FLOYD, SR.; CORRECTIONAL OFFICER WINSLOW H. SMITH; CORRECTIONAL OFFICER JOSHUA WILKINSON; CORPORAL JUSTIN TUXWARD; CORPORAL MATTHEW MCCALL; AND CORPORAL OWEN HAMMOND, <br><br> Plaintiffs, <br><br> v. <br><br> JACK MARKELL, individually; RUTH ANN MINNER, individually; STANLEY W. TAYLOR, JR., individually; THE HONORABLE CARL C. DANBURG, individually; ROBERT COUPE, individually; ANN VISALLI, individually; BRIAN MAXWELL, individually; PERRY PHELPS, in his official capacity; MICHAEL S. JACKSON, in his official capacity; and DEPARTMENT OF CORRECTION, STATE OF DELAWARE, <br><br> Defendants. | C.A. No. 17-431-RGA |

**DECLARATION OF KATHARINE L. MOWERY IN SUPPORT OF
THE LEGISLATIVE DEFENDANTS' MOTION TO DISMISS**

STATE OF DELAWARE   )
                    ) ss:
COUNTY OF NEW CASTLE )

I, Katharine L. Mowery, declare as follows:

1. I am an attorney at Richards, Layton & Finger, P.A., and counsel to Defendants Jack Markell and Ruth Ann Minner, Ann Visalli, Brian Maxwell and Michael S. Jackson (the

1

"Legislative Defendants"). I make this declaration based on my personal knowledge and in support of the Legislative Defendants' Motion to Dismiss.

2. Attached hereto at A1-A11 is a true and correct copy of excerpts from the FY 2017 Appropriation Act (formerly SB 285), 80 Del. Laws ch. 298 (2016), pulled from the State of Delaware, Laws of Delaware website on June 29, 2017, available at: http://delcode.delaware.gov/sessionlaws/ga148/chp298.pdf.

3. Attached hereto at A12-A135 is, upon information and a belief, a true and correct copy of the "Final Report of the Task Force on Security Issues at the Delaware Correctional Center," dated February 14, 2005.

4. Attached hereto at A136-A180 is a true and correct copy of the Agreement between the State of Delaware Department of Correction and State Merit Bargaining Unit 10 (Correctional Officers Association of Delaware, and the American Federation of State, County and Municipal Employees, AFL-CIO, Council 81, Locals 247, 3384 and 2004), dated July 1, 2015 - June 30, 2018.

5. Attached hereto at A181-A190 is a true and correct copy of excerpts from the FY 2016 Appropriation Act (formerly HB 225), 80 Del. Laws ch. 79 (2015), pulled from the State of Delaware, Laws of Delaware website on June 29, 2017, at: http://delcode.delaware.gov/sessionlaws/ga148/chp079.pdf.

6. Attached hereto at A191-A203 is a true and correct copy of excerpts from the FY 2009 Appropriation Act (formerly SB 300), 76 Del. Laws ch. 280 (2008), pulled from the State of Delaware, Office of Management and Budget: Budget Development, Planning and Administration website on or about June 21, 2017, at: http://budget.delaware.gov/budget/fy2009/documents/operating/sb300.pdf.

7. Attached hereto at A204-A213 is a true and correct copy of excerpts from the FY 2000 Appropriation Act (formerly HB 400), 72 Del. Laws ch. 94 (1999), pulled from the State of Delaware, Office of Management and Budget: Budget Development, Planning and Administration website on or about June 21, 2017, at: http://budget.delaware.gov/budget/fy2000/documents/operating/hb400.pdf.

8. Attached hereto at A214-A226 is a true and correct copy of excerpts from the FY 2008 Appropriation Act (formerly HB 250), 76 Del. Laws ch. 280 (2007), pulled from the State of Delaware, Office of Management and Budget: Budget Development, Planning and Administration website on or about June 21, 2017, at: http://budget.delaware.gov/budget/fy2008/documents/hb250.pdf.

9. Attached hereto at A227-A245 is a true and correct copy of Title 19 of the Delaware Administrative Code, Regulation 3000 on Employee Relations, 19 *Del. Admin. C.* 3001-2.0, available at:

http://regulations.delaware.gov/AdminCode/title19/3000/3001.shtml#TopOfPage.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2017

Katharine L. Mowery (#5629)