### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAUNDRA M. FLOYD; CANDYSS C. WHITE; STEVEN R. FLOYD, JR.; CHYVANTE E. FLOYD; RACHEL ANN POWELL as Personal Representative of the Estate of LIEUTENANT STEVEN R. FLOYD, SR.; CORRECTIONAL OFFICER WINSLOW H. SMITH; CORRECTIONAL OFFICER JOSHUA WILKINSON; CORPORAL JUSTIN TUXWARD; CORPORAL MATTHEW MCCALL; and CORPORAL OWEN HAMMOND,<br><br>    Plaintiffs,<br><br>v.<br><br>JACK MARKELL, individually; RUTH ANN MINNER, individually; STANLEY W. TAYLOR, JR., individually; THE HONORABLE CARL C. DANBERG, individually; ROBERT COUPE, individually; ANN VISALLI, individually; BRIAN MAXWELL, individually; PERRY PHELPS, in his official capacity; MICHAEL S. JACKSON, in his official capacity; and DEPARTMENT OF CORRECTION, STATE OF DELAWARE,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 17-431-RGA<br>: **Jury Trial Demanded**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### STIPULATION AND ORDER OF PARTIAL STAY OF DISCOVERY

WHEREAS, on April 18, 2017, Plaintiffs filed this action against Jack Markell, Ruth Ann Minner, Stanley W. Taylor, the Honorable Carl C. Danberg, Robert Coupe, Ann Visalli, Brian Maxwell, Perry Phelps, Michael S. Jackson, and the Department of Correction, State of Delaware (collectively, "Defendants") (with "Plaintiffs," the "Parties"); and

WHEREAS, on June 30, 2017, Defendants filed motions to dismiss the Complaint;

1

RLF1 18053185v.1

WHEREAS, briefing on Defendants' motions to dismiss will be completed by September 27, 2017;

WHEREAS, Defendants and Plaintiffs have conferred regarding the scope of discovery that should occur pending Defendants' motions to dismiss and have agreed, subject to the approval of the Court, to stay discovery with the exception of document discovery to third parties dealing exclusively with damages; It is further understood that by agreeing to this stipulated Order, Plaintiffs are not waiving or otherwise abandoning the request they made in the 8/27/17 Stephen J. Neuberger Rule 56(d) affidavit, attached to Plaintiffs' August 28, 2017 Answering Brief in Opposition to the Defendants' Motion to Dismiss, which Defendants oppose. Notwithstanding the above, the parties agree that discovery shall be limited to the third party document discovery specifically identified herein subject to further order by the Court;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned counsel and subject to the approval of the Court, that discovery in this litigation is hereby stayed pending resolution of Defendants' motions to dismiss with the limited exception that document discovery directed to third parties, such as health care providers, employers and educational institutions, dealing exclusively with damages, and not liability, may proceed.

| JACOBS & CRUMPLAR, P.A. | RICHARDS LAYTON & FINGER, P.A. |
|---|---|
| */s/ Thomas C. Crumplar* <br> THOMAS C. CRUMPLAR, ESQ. (#942) <br> RAEANN C. WARNER, ESQ. (#4931) <br> 750 Shipyard Drive <br> Wilmington, DE 19801 <br> (302) 656-5445 <br> Tom@JCDELaw.com <br> Raeann@JCDELaw.com <br><br> *Attorneys for Plaintiff* <br><br><br> Dated: September 8, 2017 | */s/ C. Malcolm Cochran, IV* <br> C. Malcolm Cochran, IV (#2377) <br> Chad M. Shandler (#3796) <br> Katharine L. Mowery (#5629) <br> Nicole K. Pedi (#6236) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> cochran@rlf.com <br> shandler@rlf.com <br> mowery@rlf.com <br> pedi@rlf.com <br><br> *Counsel for Defendants Jack Markell, Ruth Ann Minner, Ann Visalli, Brian Maxwell, and Michael S. Jackson* |

**SAUL EWING LLP**

*/s/ Scott W. Perkins*
James D. Taylor, Jr., Esquire (No. 4009)
Scott W. Perkins, Esquire (No. 5049)
Allison J. McCowan, Esquire (No. 5931)
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801
(302) 421-6800
jtaylor@saul.com
sperkins@saul.com
amccowan@saul.com

*Counsel for Defendants Stanley W. Taylor, Jr., The Honorable Carl C. Danberg, Robert Coupe, Perry Phelps, and Department of Correction of the State of Delaware*

SO ORDERED this 11 day of Sept., 2017.

_Richard G. Andrews_
J.