# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAUNDRA M. FLOYD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  C.A. No. 17-431-RGA |
| | ) |
| JACK MARKELL, et al., | ) |
| | ) |
| Defendants. | ) |

## REQUEST FOR ORAL ARGUMENT

On June 30, 2017, Defendants Jack Markell, Ruth Ann Minner, Ann Visalli, Brian Maxwell, and Michael S. Jackson (the "Legislative Defendants") moved to dismiss Plaintiffs' Complaint (D.I. 1) pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted and, as to certain of the Plaintiffs, pursuant to Fed. R. Civ. P. 12(b)(1) for lack of standing (the "Motion"). (D.I. 13). Briefing on the Motion is now complete. (D.I. 14, 16, 18, 21). Pursuant to D. Del. LR 7.1.4, the Legislative Defendants respectfully request that oral argument be scheduled on the Motion at the Court's convenience.

Dated: October 2, 2017

*/s/ C. Malcolm Cochran, IV*
C. Malcolm Cochran, IV (#2377)
Chad M. Shandler (#3796)
Katharine L. Mowery (#5629)
Nicole K. Pedi (#6236)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cochran@rlf.com
shandler@rlf.com
mowery@rlf.com
pedi@rlf.com

*Counsel for Defendants Jack Markell, Ruth Ann Minner, Ann Visalli, Brian Maxwell, and Michael S. Jackson*

1