

Attorneys at Law

C. Malcolm Cochran, IV
Director
302-651-7506
Cochran@rlf.com

November 16, 2017

**VIA CM/ECF & HAND DELIVERY**
The Honorable Judge Richard G. Andrews
U.S. District Court for the District of Delaware
844 North King Street, Room 4209, Unit 18
Wilmington, DE  19801

      Re:    *Saundra M. Floyd, et al. v. Jack Markell, et al.*
               C.A. No. 17-431-RGA

Dear Judge Andrews:

      Among other issues, the parties are discussing an amendment to the Complaint.  We wish to proceed efficiently before the Court, and so are jointly requesting a postponement of Monday's argument on the pending motions to dismiss.

      We would propose to report to the Court on or before December 15, 2017 regarding any issues that would need to be presented to the Court.

                                        Respectfully,

                                        C. Malcolm Cochran, IV (#2377)

CMC/jam

cc:    Thomas C. Crumplar, Esq. (via email)
        Counsel of Record (via CM/ECF)

RLF1 18483346v.1
One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com