## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAUNDRA M. FLOYD; CANDYSS C. WHITE; STEVEN R. FLOYD, JR.; CHYVANTE E. FLOYD; RACHEL ANN POWELL as Personal Representative of the Estate of LIEUTENANT STEVEN R. FLOYD, SR.; CORRECTIONAL OFFICER WINSLOW H. SMITH; CORRECTIONAL OFFICER JOSHUA WILKINSON; CORPORAL JUSTIN TUXWARD; CORPORAL MATTHEW MCCALL; and CORPORAL OWEN HAMMOND, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | **C.A. No. 17-431-RGA** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JACK MARKELL, individually; RUTH ANN MINNER, individually; STANLEY W. TAYLOR, JR., individually; THE HONORABLE CARL C. DANBERG, individually; ROBERT COUPE, individually; ANN VISALLI, individually; BRIAN MAXWELL, individually; PERRY PHELPS, in his official capacity; MICHAEL S. JACKSON, in his official capacity; and DEPARTMENT OF CORRECTION, STATE OF DELAWARE, | ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO AMEND COMPLAINT

WHEREAS, on April 18, 2017, Plaintiffs filed a complaint against Jack Markell, Ruth Ann Minner, Stanley W. Taylor, the Honorable Carl C. Danberg, Robert Coupe, Ann Visalli, Brian Maxwell, Perry Phelps, Michael S. Jackson, and the Department of Correction, State of Delaware (collectively, "Defendants") (with "Plaintiffs," the "Parties") (D.I. 1);

WHEREAS, Plaintiffs seek to amend their complaint to add a count asserting damages for wrongful death against the Department of Correction, a redline of which is attached as Exhibit A ("First Amended Complaint");

WHEREAS, Defendants do not oppose the filing of the First Amended Complaint, subject to their reservation of rights to raise any and all defenses (and dispositive motions, as applicable) in response to the claim(s) asserted therein;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, that the First Amended Complaint, a clean version of which is attached as Exhibit B, may be filed, and, upon entry of this Stipulation and Order by the Court, shall be deemed to be filed and served as of the date of filing of this Stipulation.   Defendants shall move, answer or otherwise respond to the First Amended Complaint no later than sixty days after entry of this Stipulation and Order.


*/s/ Thomas C. Crumplar*
THOMAS C. CRUMPLAR, ESQ. (#942)
RAEANN C. WARNER, ESQ. (#4931)
JACOBS & CRUMPLAR, P.A.
750 Shipyard Drive
Wilmington, DE 19801
(302) 656-5445
Tom@JCDELaw.com
Raeann@JCDELaw.com

*Counsel for Plaintiffs*


Dated: December 14, 2017

*/s/ C. Malcolm Cochran, IV*
C. Malcolm Cochran, IV (#2377)
Chad M. Shandler (#3796)
Katharine L. Mowery (#5629)
Nicole K. Pedi (#6236)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cochran@rlf.com
shandler@rlf.com
mowery@rlf.com
pedi@rlf.com

*Counsel for Defendants Jack Markell, Ruth Ann Minner, Ann Visalli, Brian Maxwell, and Michael S. Jackson*

2

*/s/ Scott W. Perkins*
James D. Taylor, Jr., Esquire (No. 4009)
Scott W. Perkins, Esquire (No. 5049)
SAUL EWING LLP
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801
(302) 421-6800
jtaylor@saul.com
sperkins@saul.com

*Counsel for Defendants Stanley W. Taylor, Jr.,*
*The Honorable Carl C. Danberg, Robert*
*Coupe, Perry Phelps, and Department of*
*Correction of the State of Delaware*

SO ORDERED this _____ day of _____, 2017.

_____
The Honorable Richard G. Andrews

3