## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAUNDRA M. FLOYD; CANDYSS C. WHITE; STEVEN R. FLOYD, JR; CHYVANTE E. FLOYD; RACHEL ANN POWELL as Personal Representative of the Estate of LIEUTENANT STEVEN R. FLOYD, SR.; CORRECTIONAL OFFICER WINSLOW H. SMITH; CORRECTIONAL OFFICER JOSHUA WILKINSON; CORPORAL JUSTIN TUXWARD; CORPORAL MATTHEW MCCALL; AND CORPORAL OWEN HAMMOND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 17-431-RGA |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| JACK MARKELL, individually; RUTH ANN MINNER, individually; STANLEY W. TAYLOR, JR., individually; THE HONORABLE CARL C. DANBERG, individually; ROBERT COUPE, individually; ANN VISALLI, individually; BRIAN MAXWELL, individually; PERRY PHELPS, in his official capacity; MICHAEL S. JACKSON, in his official capacity; and DEPARTMENT OF CORRECTION, STATE OF DELAWARE, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **STIPULATED [PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS AGAINST INDIVIDUAL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a), all of the Plaintiffs appearing in this action, consisting of Saundra M. Floyd; Candyss C. White; Steven R. Floyd, Jr.; Chyvante E. Floyd; Rachel Ann Powell, as Personal Representative of the Estate of Lieutenant Steven R. Floyd, Sr.; Correctional Officer Winslow H. Smith; Correctional Officer Joshua Wilkinson; Corporal Justin Tuxward;

Corporal Matthew McCall; and Corporal Owen Hammond (collectively the "Plaintiffs"), do hereby stipulate and agree with all of the Defendants appearing in this action, consisting of Jack Markell, individually; Ruth Ann Minner, individually; Stanley W. Taylor, Jr., individually; The Honorable Carl C. Danberg, individually; Robert Coupe, individually; Ann Visalli, individually; Brian Maxwell, individually; Commissioner Perry Phelps, in his official capacity, Michael S. Jackson, in his official capacity, and the Department of Correction, State of Delaware (collectively the "Defendants"), by and through their respective counsel, subject to the approval of the Court, as follows:

1. All claims and causes of action brought in this case against any and all of the following Defendants, in any capacity, are hereby dismissed with prejudice, with each party to bear his, her or its own attorneys' fees and costs: Jack Markell, Ruth Ann Minner, Stanley W. Taylor, Jr., The Hon. Carl C. Danberg, Robert Coupe, Ann Visalli, Brian Maxwell, Perry Phelps and Michael Jackson (collectively the "Individual Defendants").

2. Any and all Individual Defendant counterclaims under Federal Rule of Civil Procedure 13(a) considered compulsory as of the date this stipulation is filed are considered dismissed, with prejudice, with each party to bear his, her or its own attorneys' fees and costs.

3. Plaintiffs and each of their respective attorneys, past or present, expressly waive any right to an award of attorneys' fees, costs, expert fees and litigation expenses under 42 U.S.C.A. § 1988, the Delaware Workers' Compensation Act (19 Del. C. ch. 23) or any other authority.

Dated: 12/15, 2017

_____
Thomas C. Crumplar (#3942)
Raeann Warner (#4931)
Jacobs & Crumplar, P.A.
Two East Seventh Street, Suite 400
Wilmington, DE 19801
(302) 656-5445
Tom@jcdelaw.com
raeann@jcdelaw.com

*Attorneys for Plaintiffs*

_____
C. Malcolm Cochran, IV (#2377)
Chad Shandler (#3796)
Katharine L. Mowery (#5629)
Nicole K. Pedi (#6236)
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cochran@rlf.com
shandler@rlf.com
mowery@rlf.com
pedi@rlf.com

*Attorneys for Hon. Jack Markell, Hon. Ruth Ann Minner, Ann Visalli, Brian Maxwell and Michael S. Jackson*

_____
James D. Taylor, Jr. (#4009)
Scott W. Perkins (#5049)
SAUL EWING LLP
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801
(302) 421-6800
jtaylor@saul.com
sperkins@saul.com

*Attorneys for Defendants Stanley W. Taylor, Jr., Hon. Carl C. Danberg, Robert Coupe, Perry Phelps and Department of Correction, State of Delaware*

IT IS SO ORDERED this _____ day of December, 2017.

_____
The Honorable Richard G. Andrews