IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAUNDRA M. FLOYD; CANDYSS C. WHITE; STEVEN R. FLOYD, JR; CHYVANTE E. FLOYD; RACHEL ANN POWELL as Personal Representative of the Estate of LIEUTENANT STEVEN R. FLOYD, SR.; CORRECTIONAL OFFICER WINSLOW H. SMITH; CORRECTIONAL OFFICER JOSHUA WILKINSON; CORPORAL JUSTIN TUXWARD; CORPORAL MATTHEW MCCALL; AND CORPORAL OWEN HAMMOND, <br><br>                    Plaintiffs, <br><br>          v. <br><br> JACK MARKELL, individually; RUTH ANN MINNER, individually; STANLEY W. TAYLOR, JR., individually; THE HONORABLE CARL C. DANBERG, individually; ROBERT COUPE, individually; ANN VISALLI, individually; BRIAN MAXWELL, individually; PERRY PHELPS, in his official capacity; MICHAEL S. JACKSON, in his official capacity; and DEPARTMENT OF CORRECTION, STATE OF DELAWARE, <br><br>                    Defendants. | C.A. No. 17-431-RGA |

**STIPULATED [PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEPARTMENT OF CORRECTION, STATE OF DELAWARE**

Pursuant to Fed. R. Civ. P. 41(a), all of the Plaintiffs appearing in this action, consisting of Saundra M. Floyd; Candyss C. White; Steven R. Floyd, Jr.; Chyvante E. Floyd; Rachel Ann Powell, as Personal Representative of the Estate of Lieutenant Steven R. Floyd, Sr.; Correctional Officer Winslow H. Smith; Correctional Officer Joshua Wilkinson; Corporal Justin Tuxward; Corporal Matthew McCall; and Corporal Owen Hammond (collectively the "Plaintiffs"), do

hereby stipulate and agree with the remaining Defendant in the action, consisting of the Department of Correction, State of Delaware (the "DOC"), by and through their respective counsel, subject to the approval of the Court, as follows:

1. All claims and causes of action brought in this case against the DOC and any other party remaining in the case, in any capacity, are hereby dismissed with prejudice, with each party to bear his, her or its own attorneys' fees and costs.

2. Any and all DOC counterclaims under Federal Rule of Civil Procedure 13(a) considered compulsory as of the date this stipulation is filed are considered dismissed, with prejudice, with each party to bear his, her or its own attorneys' fees and costs.

3. Plaintiffs and their respective attorneys, past or present, expressly waive any right to an award of attorneys' fees, costs, expert fees and litigation expenses under 42 U.S.C.A. § 1988, the Delaware Workers' Compensation Act (19 Del. C. ch. 23), or any other authority.

Dated:  December 22, 2017

| | |
|---|---|
| */s/ Thomas C. Crumplar* | */s/ Scott W. Perkins* |
| Thomas C. Crumplar (#3942) | James D. Taylor, Jr. (#4009) |
| Raeann Warner (#4931) | Scott W. Perkins (#5049) |
| Jacobs & Crumplar, P.A. | SAUL EWING LLP |
| Two East Seventh Street, Suite 400 | 1201 N. Market Street, Suite 2300 |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| (302) 656-5445 | (302) 421-6800 |
| Tom@jcdelaw.com | jtaylor@saul.com |
| raeann@jcdelaw.com | sperkins@saul.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for the Department of Correction, State of Delaware* |

3

IT IS SO ORDERED this _____ day of December, 2017.

                                                                               The Honorable Richard G. Andrews